In the Matter of EDDIE GOMEZ, Appellant, et al., Petitioner, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Submitted August 9, 2010; decided October 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of HATTIE G. MARTIN, Deceased. MILADIN DOBRIC, Appellant; DAVID J. BARON, Respondent.

Submitted June 28, 2010; decided October 14, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it. Motion for poor person relief dismissed as academic.